JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU ANVARI, et al., <br>     Plaintiffs, <br>  v. <br> UR MENDOZA JADDOU, et al., <br>     Defendants. | Case No. CV 24-4018-MWF(MRWx) <br><br> ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has considered the parties' Joint Stipulation of Dismissal (Docket No. 13). For good cause shown, IT IS ORDERED that this action is DISMISSED with the agreement that the United States Citizenship and Immigration Services will take the next adjudicative action within 30 days of receiving Plaintiffs' response to the Request for Evidence dated November 7, 2024.

**IT IS SO ORDERED.**

Dated: November 12, 2024

             _____
             MICHAEL W. FITZGERALD
             United States District Judge